## Hanna v. Reliance Insurance Company, Appellant.

Argued November 22, 1960.   Before JONES, C. J., MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Philip E. Berens,* for appellant.

*Daniel J. Ryan,* with him *LaBrum and Doak,* for appellee.

OPINION PER CURIAM, January 4, 1961:

The declaratory judgment for the plaintiff entered by the court below is affirmed at appellant's costs.